```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

        -against-                              ORDER
                                               04-CR-989-01(DRH)
SHANNON FERGUSON,

        Defendant.
-------------------------------X
A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    United States Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York 11722
      By: Allen Lee Bode, A.U.S.A.

For the Defendant:
    Hochheiser & Hochheiser, L.L.P.
    Suite 1203
    170 Madison Avenue
    New York, New York 10016
      By: Lawrence Hochheiser, Esq.
```

HURLEY, Senior District Judge

The Court is in receipt of defense counsel's letter dated August 12, 2008 asking that defendant's sentence surrender date be adjourned from August 14, 2008 to November 13, 2008.

Defendant was sentenced on August 6, 2007 and directed to surrender on October 26, 2007. Since then, I have granted his requests that the scheduled surrender date be adjourned on four occasions, the last one being in response to counsel's letter of May 1, 2008 asking that the then scheduled surrender date of May 15, 2008 be adjourned to August 14, 2008. At the time, I indicated that no further adjournment beyond the August 14th date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

       -against-                                  ORDER
                                              04-CR-989-01(DRH)

SHANNON FERGUSON,

       Defendant.
------------------------------X
A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    United States Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York 11722
      By: Allen Lee Bode, A.U.S.A.

For the Defendant:
    Hochheiser & Hochheiser, L.L.P.
    Suite 1203
    170 Madison Avenue
    New York, New York 10016
      By: Lawrence Hochheiser, Esq.

HURLEY, Senior District Judge

       The Court is in receipt of defense counsel's letter dated August 12, 2008 asking that defendant's sentence surrender date be adjourned from August 14, 2008 to November 13, 2008.

       Defendant was sentenced on August 6, 2007 and directed to surrender on October 26, 2007. Since then, I have granted his requests that the scheduled surrender date be adjourned on four occasions, the last one being in response to counsel's letter of May 1, 2008 asking that the then scheduled surrender date of May 15, 2008 be adjourned to August 14, 2008. At the time, I indicated that no further adjournment beyond the August 14th date

would be granted absent extraordinary circumstances.  No such circumstances are provided in the August 12th letter. Accordingly, defendant's application for a fifth adjournment of his surrender date is denied, and he is directed to surrender as scheduled on August 14, 2008.

    SO ORDERED.

Dated: August 13, 2008
      Central Islip, New York

                                         _____/S/_____
                                        DENIS R. HURLEY, U.S.D.J.

would be granted absent extraordinary circumstances.  No such circumstances are provided in the August 12th letter. Accordingly, defendant's application for a fifth adjournment of his surrender date is denied, and he is directed to surrender as scheduled on August 14, 2008.

    SO ORDERED.

Dated: August 13, 2008
      Central Islip, New York

                                              _____/S/_____
                                             DENIS R. HURLEY, U.S.D.J.