```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

         -against-                          ORDER
                                            04-CR-989-01(DRH)
SHANNON FERGUSON,

             Defendant.
-------------------------------X
A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    United States Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York 11722
      By: Allen Lee Bode, A.U.S.A.

For the Defendant:
    Hochheiser & Hochheiser, L.L.P.
    Suite 1203
    170 Madison Avenue
    New York, New York 10016
      By: Lawrence Hochheiser, Esq.
```

HURLEY, Senior District Judge

Given that today is the designated surrender date pursuant to this Court's Order of May 7, 2008, the defendant's current request for a further adjournment until November 13, 2008 is granted <u>but only to the extent that his surrender date is adjourned for one week, i.e. from August 14, 2008 to August 20, 2008 at 2:00 p.m.</u>

This one week adjournment, as requested in defense counsel's letters of August 12, 2008 and August 14, 2008, is being granted because the defendant is scheduled under my May 7,

2008 Order to surrender in less than two hours.

       SO ORDERED.

Dated: August 14, 2008
      Central Islip, New York


                                            _____/s/_____
                                            DENIS R. HURLEY, U.S.D.J.